The Honorable Marsha J. Pechman

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TORGER OLSEN,

                       Plaintiff,

     v.

ACHILLES (USA), INC., a Washington Corporation, and ACHILLES (JAPAN), INC., a foreign corporation,

                       Defendants.

No. 2:12-cv-01419 MJP

STIPULATION AND ORDER FOR DISMISSAL

      The parties herein, acting by and through their respective counsel, hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-entitled action and each and every portion thereof has been fully resolved and should be dismissed with prejudice and without award of costs or fees to any party.

      Respectfully submitted and dated this 26th day of February 2013.

| LAW OFFICE OF BRIAN FAHLING | GORDON & REES LLP |
|---|---|
| */s/ Brian Fahling* | */s/ Angela R. Vogel* |
| Brian Fahling, WSBA No. 18894 | Angela R. Vogel, WSBA No. 34516 |
| 4630 – 116th Avenue N.E. | 701 Fifth Avenue, Suite 2100 |
| Kirkland, WA 98033 | Seattle, WA 98104 |
| Telephone: (425) 802-7326 | Telephone: 206-695-5100 |
| fahlinglaw@gmail.com | Fax: 206-689-2822 |
| Attorney for Plaintiff | avogel@gordonrees.com |
| | Attorney for Defendants |

STIPULATION AND ORDER FOR DISMISSAL - 1
(2:12-cv-01419 MJP)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II. ORDER

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed with prejudice and without costs or fees to any party.

DATED this _____ day of _____, 2013.

_____
THE HONORABLE MARSHA J. PECHMAN
United States District Court Judge

STIPULATION AND ORDER FOR DISMISSAL - 2
(2:12-cv-01419 MJP)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

# CERTIFICATE OF SERVICE

I certify that on the date below, I electronically filed a true and accurate copy of the document to which this declaration is affixed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the following:

**Counsel for Plaintiff**
Brian Fahling
Law Office of Brian Fahling
4630 – 116th Avenue N.E.
Kirkland, WA 98033
fahlinglaw@gmail.com

Dated this 26th day of February, 2013, at Seattle, Washington.

*/s/ Jan Young*
Jan Young

CG/1082640/14568658v1
CG/1082640/14757808v1
STIPULATION AND ORDER FOR DISMISSAL - 3
(2:12-cv-01419 MJP)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822