1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TORGER OLSEN,<br><br>          Plaintiff,<br><br>     v.<br><br>ACHILLES (USA) INC, et. al.<br><br>          Defendants. | CASE NO. C12-1419-MJP<br><br>ORDER OF DISMISSAL |

THIS MATTER, having been brought on duly and regularly before the undersigned Judge of the above-entitled Court; the Court deeming itself fully advised in all matters, does hereby, pursuant to the foregoing Stipulation:

ORDER, ADJUDGE AND DECREE that the above-entitled action and each and every portion thereof be and the same hereby is dismissed with prejudice and without costs or fees to any party.

//

//

//

ORDER OF DISMISSAL- 1

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated this 8th day of March, 2013.

*[signature]*

Marsha J. Pechman
Chief United States District Judge